LOUIS R. DUMONT – State Bar No. 130198
DANIELLE C. FOSTER – State Bar No. 281385
CARPENTER, ROTHANS & DUMONT
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 (fax)
ldumont@crdlaw.com / dfoster@crdlaw.com
Attorneys for Defendant Beaumont Unified School District,
a public entity

ATYRIA S. CLARK – State Bar No. 226295
THE COMMUNITY LAW FIRM
1158 26th Street, Suite 783
Santa Monica, CA  90403
(866) 347-9247 / (310) 496-1284 (fax)
communitylawfirm@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.M. by and through her guardian ad litem NANCY P., <br><br> Plaintiff, <br><br> vs. <br><br> BEAUMONT UNIFIED SCHOOL DISTRICT, a California public entity, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 5:19-cv-01048-FLA-SP <br><br> **JOINT STATEMENT RE STATUS OF SETTLEMENT** |

COME NOW Defendant Beaumont Unified School District and Plaintiff Y.M., by and through her guardian ad litem, Nancy Piper, and hereby submit this Joint Statement Re Status of Settlement, pursuant to the Court's Order to Show Cause (Doc 121).

    1.    Plaintiff Y.M. filed the instant federal lawsuit on June 6, 2019 against Defendant Beaumont Unified School District, based upon allegations of disability-based discrimination related to plaintiff's participation in high school cheerleading.

2. On June 1, 2020, Plaintiff Y.M. filed a second lawsuit in Riverside Superior Court against Beaumont Unified School District and several of its employees, based upon the same allegations.

3. On August 23, 2021, the parties attended mediation with panel mediator James DeRoche, during which the parties reached a global settlement for both cases (state and federal). The settlement was subject to the approval of Beaumont Unified School District's Board of Trustees.

4. Plaintiff Y.M. is a conserved adult. Her guardian ad litem, Nancy Piper, has been appointed conservator of Y.M.'s person and conservator of Y.M.'s estate. Thus, the parties' settlement must also be approved by a court. See Cal. Prob. Code § 2504.

5. The Beaumont Unified School District's Board of Trustees approved the settlement on September 14, 2021.

6. A Settlement Agreement and General Release was fully executed by all parties on October 7, 2021.

7. On October 18, 2021, Nancy Piper filed a Petition for Approval of Compromise of Claim or Action for Person with a Disability in Riverside Superior Court – Probate Division (Case No. PRIN2101445). The hearing on that petition is set for January 12, 2022.

8. Once the probate court approves the settlement, and settlement funds are disbursed pursuant to that court order, the parties will file a stipulation for dismissal of the instant federal action.

DATED: October 22, 2021                    CARPENTER, ROTHANS & DUMONT

                                           /s/ Danielle C. Foster
                                    By: _____
                                           LOUIS R. DUMONT
                                           DANIELLE C. FOSTER
                                           Attorneys for Defendants

- 2 -
JOINT STATEMENT RE STATUS OF SETTLEMENT

DATED: October 22, 2021  THE COMMUNITY LAW FIRM

/s/ Atyria Clark

By: _____

ATYRIA S. CLARK

Attorney for Plaintiff

**Local Rule 5-4.3.4**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.