**LOUIS R. DUMONT – State Bar No. 130198**
**DANIELLE C. FOSTER – State Bar No. 281385**
**CARPENTER, ROTHANS & DUMONT**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 (fax)
ldumont@crdlaw.com / dfoster@crdlaw.com
Attorneys for Defendant Beaumont Unified School District, a public entity

**ATYRIA S. CLARK – State Bar No. 226295**
**THE COMMUNITY LAW FIRM**
1158 26th Street, Suite 783
Santa Monica, CA  90403
(866) 347-9247 / (310) 496-1284 (fax)
communitylawfirm@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.M. by and through her guardian ad litem NANCY P., <br><br> Plaintiff, <br><br> vs. <br><br> BEAUMONT UNIFIED SCHOOL DISTRICT, a California public entity, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 5:19-cv-01048-FLA-SP <br><br> **JOINT STIPULATION FOR AMENDED COURT ORDER REGARDING DISBURSEMENT OF SETTLEMENT FUNDS** |

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective counsel of record as follows:

1. Plaintiff Y.M. filed the instant federal lawsuit on June 6, 2019 against Defendant Beaumont Unified School District, based upon allegations of disability-based discrimination related to plaintiff's participation in high school cheerleading.

2. On June 1, 2020, Plaintiff Y.M. filed a second lawsuit in Riverside Superior Court (Case No. RIC2001368) against Beaumont Unified School District

- 2 -

and several of its employees, based upon the same allegations.

3. On August 23, 2021, the parties attended mediation with panel mediator James DeRoche, during which the parties reached a global settlement for both cases (state and federal). The settlement was subject to the approval of Beaumont Unified School District's Board of Trustees, who approved the settlement on September 14, 2021.

4. Plaintiff Y.M. is a conserved adult. Her guardian ad litem, Nancy Piper, has been appointed conservator of Y.M.'s person and conservator of Y.M.'s estate. Thus, the parties' settlement needed to be approved by a court. See Cal. Prob. Code § 2504.

5. Plaintiff filed a Petition for Approval of the settlement with this Court on December 11, 2021.

6. The Court issued an initial Order (without a formal hearing) granting plaintiff's Petition for Approval on March 14, 2022. The Court's Order, however, did not address payment of Plaintiff's outstanding lien(s), payment of certain settlement proceeds to a State of California CalABLE account, which was requested in the Petition and necessary due to Y.M.'s disability and to protect the parties' interests.

7. Therefore, the parties hereby request that the Court issue an amended order regarding disbursement of the settlement funds as follows:

    a. The settlement between Petitioner Y.M. and Defendant Beaumont Unified School District is APPROVED.

    b. Petitioner's requested payment of $40,000.00 in attorney's fees and $1,642.50 in costs is APPROVED.

    c. Defendant Beaumont Unified School District shall issue a check to The Community Law Firm and Nancy Piper, as Guardian ad Litem for Y.M., in the amount of $41,642.50, representing attorney's fees and costs.

    d.  Defendant Beaumont Unified School District shall issue a check to The Rawlings Company in the amount of $568.00 to satisfy the outstanding health care lien.

    e.  The remaining settlement proceeds of $17,789.50 shall be distributed as follows:

        i.  $16,000.00 shall be directed to the CalABLE account established by Y.M.'s conservator, Nancy Piper, for deposit on behalf of Y.M. (Account No. XXXXXXXX4831).

        ii.  $1,789.50 shall be deposited into the social security account established by Y.M.'s conservator, Nancy Piper, for Y.M. at Wells Fargo, on which Nancy Piper is identified as conservator (Account No. XXXXXX5454).

    f.  In light of the court's approval of the parties' settlement, the court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within 60 days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60- day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

    g.  This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

JOINT STIPULATION FOR AMENDED COURT ORDER REGARDING DISBURSEMENT OF SETTLEMENT FUNDS

1  IT IS SO STIPULATED.

2

3  DATED: March 25, 2022            CARPENTER, ROTHANS & DUMONT

4                                          /s/ Danielle C. Foster
                                  By:  _____
5                                       LOUIS R. DUMONT
6                                       DANIELLE C. FOSTER
                                        Attorneys for Defendants
7

8  DATED: March 25, 2022            THE COMMUNITY LAW FIRM
                                          /s/ Atyria S. Clark
9                                 By:  _____
10                                      ATYRIA S. CLARK
                                        Attorney for Plaintiff
11

12

13                          Local Rule 5-4.3.4

14    All other signatories listed, and on whose behalf the filing is submitted,

15  concur in the filing's content and have authorized the filing.

- 4 -
JOINT STIPULATION FOR AMENDED COURT ORDER REGARDING
DISBURSEMENT OF SETTLEMENT FUNDS