Atyria S. Clark (SBN.: 226295)
THE COMMUNITY LAW FIRM
1158 26th Street, Suite 783
Santa Monica, CA 90403
Telephone: (310) 415-7112
Facsimile: (310) 496-1284
E-mail: communitylawfirm@gmail.com

Attorneys for Plaintiff, Y.M.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Y.M. by and through her guardian ad litem NANCY P., <br><br>Plaintiff, <br><br>vs. <br><br>BEAUMONT UNIFIED SCHOOL DISTRICT, a California public entity, and DOES 1 through 10, inclusive, <br><br>Defendants. | CASE NO.: 5:19-CV-1048-FLA-SP <br><br>**DECLARATION OF ATYRIA S. CLARK IN SUPPORT OF PLAINTIFF'S REQUEST TO VACATE ORDER DATED APRIL 21, 2022 AND REOPEN THE CASE** <br><br>Honorable Fernando L. Aenlle-Rocha <br>United States Judge <br><br>Complaint Filed: June 6, 2019 |

I, Atyria S. Clark, hereby declare as follows:

    1.    I am an attorney at law licensed to practice law before all courts in the State of California and I am a member of the bar of this Court. I am attorney of record for the Plaintiff in this matter, Y.M. I have firsthand personal knowledge of the facts stated herein; I can and do testify competently thereto.

2. This declaration is made in support of Plaintiff's Request to Vacate Order Dated April 21, 2022 and Reopen Case.

3. On April 21, 2022, this Court ordered Defendant BEAUMONT UNIFIED SCHOOL DISTRICT ("Defendant') to pay Plaintiff the sum on Sixty Thousand Dollars ($60,000.00) by May 30, 2022.

4. On or around May 8, 2022, I received a check made payable to THE COMMUNITY LAW FIRM in the sum of Twenty Thousand Dollars ($20,000.00) from Defendant.

5. To date, I have not received any further payment as of close of business on May 30, 2022.

6. On May 27, 2022, counsel for Defendant indicated that the remaining payments would be disbursed on May 30, 2022 or May 31, 2022.

7. Moreover, May 30, 2022 is a national holiday.

8. However, this Court's order set May 30, 2022 as the deadline to resolve the case or to otherwise notify the Court of any issues.

9. As such, in an abundance of caution, I am submitting this Declaration to request this Court to vacate its Order dated April 21, 2022 and reopen this case to address the outstanding funds that have not yet been paid.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of May, 2022.

      /s/Atyria S. Clark_____
      ATYRIA S. CLARK

DECLARATION OF ATYRIA S. CLARK IN SUPPORT OF REQUEST TO REOPEN CASE