Atyria S. Clark (SBN.: 226295)
THE COMMUNITY LAW FIRM
1158 26th Street, Suite 783
Santa Monica, CA 90403
Telephone: (310) 415-7112
Facsimile: (310) 496-1284
E-mail: communitylawfirm@gmail.com

Attorneys for Plaintiff, Y.M.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Y.M. by and through her guardian ad litem NANCY P., <br><br> Plaintiff, <br><br> vs. <br><br> BEAUMONT UNIFIED SCHOOL DISTRICT, a California public entity, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.:  5:19-CV-1048-FLA-SP <br><br> **SUPPLEMENTAL DECLARATION OF ATYRIA S. CLARK IN SUPPORT OF PLAINTIFF'S REQUEST TO VACATE ORDER DATED APRIL 21, 2022 AND REOPEN THE CASE** <br><br> Honorable Fernando L. Aenlle-Rocha <br> United States Judge <br><br> Complaint Filed: June 6, 2019 |

I, Atyria S. Clark, hereby declare as follows:

    1.    I am an attorney at law licensed to practice law before all courts in the State of California and I am a member of the bar of this Court.  I am attorney of record for the Plaintiff in this matter, Y.M.  I have firsthand personal knowledge of the facts stated herein; I can and do testify competently thereto.

2. This declaration is made in support of Plaintiff's Request to Vacate Order Dated April 21, 2022 and Reopen Case.

3. On April 21, 2022, this Court ordered Defendant BEAUMONT UNIFIED SCHOOL DISTRICT ("Defendant') to pay Plaintiff the sum on Sixty Thousand Dollars ($60,000.00) by May 30, 2022.

4. On or around May 8, 2022, I received a check made payable to THE COMMUNITY LAW FIRM in the sum of Twenty Thousand Dollars ($20,000.00) from Defendant.

5. On or around June 2, 2022, I received additional checks for $21,642.50, $568.00, and $1789.50.

6. As of June 3, 2022, I received an email from Counsel for the Defendant advising me that the outstanding disbursement of $16,000.00 for the ABLE Account for Y.M. will be submitted to my office via FedEx for pickup this Saturday.

7. Upon receipt of the final disbursement of $16,000.00 for the ABLE Account, I will submit a Joint Stipulation to Dismiss the Case with Prejudice.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of June, 2022.

      /s/Atyria S. Clark
    ATYRIA S. CLARK