UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.M., by and through her guardian ad litem NANCY P.,<br><br>                Plaintiff,<br><br>v.<br><br>BEAUMONT UNIFIED SCHOOL DISTRICT, a California public entity, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 5:19-cv-01048-FLA (SPx)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO REOPEN ACTION AND EXTENDING DEADLINE TO COMPLETE SETTLEMENT [DKTS. 135, 137]** |

On April 21, 2022, the court granted the parties' Amended Stipulation for Amended Court Order Regarding Disbursement of Settlement Funds ("April 21, 2022 Order") and dismissed the action while retaining jurisdiction to vacate the Order and reopen the action until May 30, 2022.  Dkt. 134.

On May 30, 2022, Plaintiff Y.M. ("Plaintiff") filed a Request to Vacate the Order Dated April 21, 2022 and Reopen the Case ("Request"), stating that Defendant Beaumont Unified School District ("Defendant") had not completed payment of the settlement funds and requesting the court vacate the April 21, 2022 Order "in an abundance of caution."  Dkt. 135.  On June 3, 2022, Plaintiff filed the Supplemental Declaration of Atyria S. Clark in Support of Plaintiff's Request ("Supplemental Clark Declaration"), stating Plaintiff had received additional payments from Defendant on or around June 2, 2022, and anticipated receiving the outstanding amounts on or before June 4, 2022.  Dkt. 137.

Having considered the Request and Supplemental Clark Declaration, the court EXTENDS the Parties' deadline to request to reopen the action to June 17, 2022 and retains jurisdiction over this action until that date.  Any request by a party to reopen the action or to further extend this deadline shall make a showing of good cause as to why the settlement has not been completed, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.  This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court.

IT IS SO ORDERED.

Dated: June 6, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge