1 | **ATYRIA S. CLARK – State Bar No. 226295**
**communitylawfirm@gmail.com**
2 | **THE COMMUNITY LAW FIRM**
**1158 26th Street, Suite 783**
3 | **Santa Monica, CA  90403**
**310-415-7112 / (310) 496-1284 (fax)**
4 | Attorney for Plaintiff

5

6 | **LOUIS R. DUMONT – State Bar No. 130198**
**ldumont@crdlaw.com**
7 | **DANIELLE C. FOSTER – State Bar No. 281385**
**dfoster@crdlaw.com**
8 | **CARPENTER, ROTHANS & DUMONT**
**500 S. Grand Avenue, 19th Floor**
9 | **Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 (fax)**
10 | Attorneys for Defendant Beaumont Unified School District,
a public entity

11

12

13 | **UNITED STATES DISTRICT COURT**
14 | **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15

Y.M. by and through her guardian ad litem NANCY P.,

          Plaintiff,

vs.

BEAUMONT UNIFIED SCHOOL DISTRICT, a California public entity, and DOES 1 through 10, inclusive,

          Defendants.

) CASE NO.:  5:19-CV-1048-FLA-SP
)
) **JOINT STIPULATION FOR DISMISSAL**
) **WITH PREJUDICE AND [PROPOSED]**
) **ORDER**
)
)
)
)
)
) Honorable Judge Fernando L. Aenlle-
) Rocha
)

Page 1 of 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Y.M., by and through her guardian ad litem, Nancy P., and her undersigned counsel, and Defendant, BEAUMONT UNIFIED SCHOOL DISTRICT, by and through their undersigned counsel, and being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses, and fees.

Respectfully submitted this 16th day of June, 2022,

**THE COMMUNITY LAW FIRM**

By:   /s/Atyria S. Clark_____
Atyria S. Clark, Esq.
Attorneys for Plaintiff
Y.M.

**CARPENTER, ROTHANS & DUMONT**

By: /s/Danielle C. Foster_____
LOUIS R. DUMONT
DANIELLE C. FOSTER
Attorneys for Defendant
BEAUMONT UNIFIED SCHOOL DISTRICT

1    In accordance with General Order No. 45, Rule X, the above signatory attests that
2    concurrence in the filing of this document has been obtained from the signatory
3    below.

4

5    Dated:  June 2016, 2022                    By:   /s/Atyria S. Clark                          _
                                                      Atyria S. Clark, Esq.
6                                                     Attorneys for Plaintiff
7                                                     Y.M.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28